# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00845-CV

**In re Chavela V. Crain**

**J. C. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-12-000387, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of J. C. C.  The subject of this proceeding is court reporter Chavela V. Crain, who has failed to comply with this Court's order to file the reporter's record.

On January 7, 2014, we ordered Crain to file the record by January 17, 2014, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court.

Therefore, it is hereby ordered that Chavela V. Crain shall appear in person before this Court on Thursday, February 6, 2014, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in

Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our January 7, 2014 order. This order to show cause will be withdrawn and Crain will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the complete reporter's record on or before February 3, 2014.

It is ordered on January 23, 2014.


Before Justices Puryear, Goodwin and Field